# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**WOODRUN PLACE UNIT OWNERS' ASSOCIATION,**

    **Plaintiff,**

v.                        Civil Action 2:23-cv-4050
                           Judge Michael H. Watson
                           Magistrate Judge Jolson

**GREATER NEW YORK INSURANCE COMPANIES,**

    **Defendant,**

## ORDER

The parties' Joint Motion to Amend the Scheduling Order is before the Court. (Doc. 36). For good cause shown, the Motion is **GRANTED**. The Court **AMENDS** the scheduling order as follows:

- Discovery                                   May 30, 2025
- Dispositive motions                   June 30, 2025
- Plaintiff's primary expert reports    June 30, 2025
- Defendant's primary expert reports   July 31, 2025
- Rebuttal expert reports                September 1, 2025
- Settlement demand                    May 30, 2025
- Response to settlement demand      June 30, 2025

The Court also **REFERS** this case to mediation in July 2025. However, the parties are **REMINDED** they must email ADR@ohsd.uscourts.gov by 4:00pm EST on March 3, 2025, to provide notification that this case is not ready for mediation in April 2025. (*See* Doc. 33).

IT IS SO ORDERED.

Date:  February 27, 2025              /s/ Kimberly A. Jolson
                                      KIMBERLY A. JOLSON
                                      UNITED STATES MAGISTRATE JUDGE